BEFORE THE FIRST DIVISION, APRIL 18, 1960

No. 64083.—Langfelder, Homma & Carroll, Inc., et al. *v.* United States, protests 59/26816, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subect of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64084.—New York Merchandise Co., Inc. *v.* United States, protest 59/25883 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

No. 64085.—Levin Bros. *v.* United States, protest 59/22846 (New York).

Opinion by OLIVER C. J.   In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64086.—Manca, Inc. *v.* United States, protest 59/27471 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of enlargers similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 64087.—Manca, Inc. *v.* United States, protest 59/27627 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photomicrographic cameras, the claim of the plaintiff was sustained.

No. 64088.—Witkowski N. Y. Agency, Inc., and J. J. Gavin & Co., Inc. v. United States, protest 59/19440 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61631, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 18, 1960

No. 64089.—H. Rosenhirsch Co., Inc. v. United States, protests 310007-K and 58/13122 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, APRIL 20, 1960

No. 64090.—Mercury United Advertising Corp. v. United States, protest 59/4161 (Galveston).

OLIVER, Chief Judge: The merchandise involved in this protest is identified herein as "St. Christopher Key Chains containing water from the River Jordan." Duty was levied thereon at the rate of 35 per centum ad valorem under the provision in paragraph 1527(c)(2) of the Tariff Act of 1930, as modified, for articles designed to be carried on or about the person. Plaintiff claims that the merchandise should be admitted free of duty as religious articles.

An agreed set of facts upon which the case was submitted merely show that the "said Key Chains were not sold for profit," but were "disposed of as donations and gifts to the religious faith."

Plaintiff's claim is without merit. First of all, there is no provision in the free list of the tariff act for religious articles. Free entry is allowed certain ar-